UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA SUGAR REFINING, L.L.C. | | CIVIL ACTION NO. 16-199-BAJ-RLB |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| STAR OF ABU DHABI, ALONG WITH HER ENGINES, BOILERS, APPAREL, ETC., <u>IN REM</u>; ABU DHABI SHIPPING INTERNATIONAL, S.A.; FAIRMONT SHIPPING (H.K.) LTD; JAPAN SHIP OWNERS' P&I ASSOCIATION; | * * * | JUDGE |
| Defendant. | * | MAGISTRATE |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

**CONSIDERING THE FOREGOING** Motion Authorizing Process of Arrest Warrant and Verified Complaint:

**IT IS HEREBY ORDERED** that the Clerk issue a Warrant of Arrest and such ancillary papers as are necessary to accomplish the arrest of the STAR OF ABU DHABI (the "Vessel"), IMO No. 9375927, Official No. 41170-10-A, her engines, tackle, apparel, boilers, equipment and appurtenances, etc., which are located in navigable waters within the jurisdiction of this Court.

1

1576569.1

USM - certified

**IT IS FURTHER ORDERED** that the Vessel may be moved for repairs or further unloading within the district only and that the United States Marshal and all of his deputies shall be held harmless and indemnified from any and all liability arising out of the arrest of the Vessel or the movement of the Vessel while under arrest.

Baton Rouge, Louisiana, this 28th day of March, 2016.

      _____
      BRIAN A. JACKSON, CHIEF JUDGE
      UNITED STATES DISTRICT COURT
      MIDDLE DISTRICT OF LOUISIANA

1576569.1